| | | | |
|---|---|---|---|
| Com. v. Burns | 393 EDA 2015<br>Affirmed | 08/19/2016 | CP–51–CR–0802891–2005<br>(Philadelphia) |
| Com. v. Charles | 2367 EDA 2015<br>Affirmed | 08/19/2016 | CP–46–CR–0003589–2012<br>(Montgomery) |
| Com. v. Ocasio | 2419 EDA 2015<br>Affirmed | 08/19/2016 | CP–51–CR–0514001–2000<br>(Philadelphia) |
| Com. v. Rodriguez | 2457 EDA 2015<br>Affirmed | 08/19/2016 | CP–51–CR–0004156–2012<br>(Philadelphia) |
| Com. v. Bivens | 2492 EDA 2015<br>Affirmed | 08/19/2016 | CP–45–CR–0000042–2015<br>(Monroe) |
| Menken v. GCG Mann–Hof | 2728 EDA 2015<br>Affirmed | 08/19/2016 | No. 2011–80036<br>(Bucks) |
| Com. v. Keeling [20] | 2889 EDA 2015<br>Affirmed | 08/19/2016 | CP–51–CR–1111581–1994<br>(Philadelphia) |
| Com. v. Hamm | 2920 EDA 2015<br>Affirmed | 08/19/2016 | CP–51–SA–0002192–2015<br>CP–51–SA–0002193–2015<br>CP–51–SA–0002194–2015<br>(Philadelphia) |
| Com. v. Clayborne | 3354 EDA 2015<br>Affirmed | 08/19/2016 | CP–23–CR–0009696–1990<br>(Delaware) |
| Com. v. McMillian | 3441 EDA 2015<br>Affirmed | 08/19/2016 | CP–51–CR–0815631–1984<br>(Philadelphia) |
| Com. v. Villanueva | 85 EDA 2016<br>Affirmed | 08/19/2016 | CP–48–CR–0002698–2009<br>(Northampton) |
| Com. v. Konetsco [21] | 985 MDA 2015<br>Quashed | 08/19/2016 | CP–21–CR–46–2014<br>(Cumberland) |
| Com. v. Frick | 1424 MDA 2015<br>Affirmed | 08/19/2016 | CP–14–CR–0000680–2014<br>(Centre) |
| Com. v. Hollenback | 1816 MDA 2015<br>Affirmed | 08/19/2016 | CP–14–CR–0002218–2008<br>(Centre) |
| T.E.N. v. Cumberland County C&Y | 1880 MDA 2015<br>Affirmed | 08/19/2016 | 2015–2460<br>(Cumberland) |
| Noone v. Akshar Lackawanna Station<br>Hosp. | 2084 MDA 2015<br>Affirmed | 08/19/2016 | 2013–458<br>(Lackawanna) |

**20.** Petition for reargument denied October 20, 2016.
**21.** Petition for reargument denied August 19, 2016.